IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CV105-153

TRACY MILLER,
    Plaintiff

VS.

JAMES WALKER, Commissioner etal
    Defendant

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2009 FEB 26 AM 9:13 CLERK SO. DIST. OF GA.

PLAINTIFF MOTION TO HOLD/STAY IN ABEYANCE THIS CASE CV-105-153 SOGA PENDING SETTLEMENT DISCUSSION IN THE MILLER V KING CV 698-109 SOGA CASE MILLER REFERS THE COURT TO JAMES E GRAHAM U.S MAGISTRATE JUDGE AND PATRICE J WILLIAM ATTORNEY FOR THE STATE

Come now plaintiff states that he went to a Settlement conference in miller v king CV 698-109 The Court and the Assistance attorney General agreed that the miller v king case @ settlement would also resolve this case in Miller v Donald CV 105-153 I was advised to file this motion and refer this Court to Judge Graham for an update on the Settlement discussion that could also resolve all pending case E1983

(1)

I also spoke to Pattie William who represents the Defendants in this case who agreed that I should file this motion

The Court in this case also may want to speak to my Lawyer Sarah M Shalf 404-881-4158 for an update or Pattie Williams assistant attorne General for Department of Law State of Georgia as to our agreement on Staying this case in this Court

Despite this Court Views the partys have discussed this matter on February 19th 2009 with US magistrate Judge Grisham who I refer this Court to talk to about this matter I also spoke Through my Lawyer to Judge Graham about this matter

For this reason this Court Should Grant Plaintiff a Stay of this Proceeding Pending Settlement discussion of all cases The Party the Judge Graham and the Lawyer Could Explain to this Court Better Than me

CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion to Stay has been Served Copy upon U.S. mail upon Pattie Williams 40 Capital Sq SW Atlanta GA 30334-1300

This 23rd day February 2009

Tracy Miller Prose

From
Tracy Miller
191378
A.S.M.P 2B-4
3001 Gordon Hwy
Grovetown GA 30813
2-23-09

AUGUSTA GA 309
25 FEB 2009 PM 1 L



TO: SCOTT POFF
United States District Court
Southern District of Georgia
P.o. Box 1130
Augusta Georgia 30903