IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2009 SEP 24 AM 9:11
CLERK C Adams
SO. DIST. OF GA.

TRACY MILLER
   Plaintiff

VS

JAMES DONALD et al.
   Defendants

CIVIL ACTION NO
1:05-CV-153

PLAINTIFF TRACY MILLER'S MOTION TO RE-OPEN THIS CASE Tracy Miller v James Donald 1:05-CV-153 SDGA 11Cir No 541 F3d 1091 11Cir 2008 pending Settlement in Miller v Kins CV698-109 (S.D.Ga Aug 4 1998) Attachment See Miller's Notice of Filing Exhibit (1) order dated 28th of August 2009 that Settlement is unlikely in motion for Referral of Mediation Signed by U.S. Magistrate Judge James E Graham. The reason this court Closed this case was for Settlement I ask my lawyer to notify this court

CERTIFICATE OF SERVICE
I hereby certify that I have this day Served the within and foregoing motion to reopen case prior to depositing copy in U.S. mail upon Holly Smith 40 Capitol Sq SW Atlanta GA 30334-1300 this 24th day September 2009
Tracy Miller

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2009 AUG 28  AM 10: 47

| | | |
|---|---|---|
| TRACY MILLER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: CV698-109 |
| RONALD KING; JOHNNY SIKES; THE GEORGIA DEPARTMENT OF CORRECTIONS, and THE STATE OF GEORGIA, | : | |
| Defendants. | : | |

### ORDER

On January 22, 2009, Plaintiff filed a Motion for Referral to Mediation. Defendants filed a response to that motion. On February 19, 2009, and April 14, 2009, the Court conducted settlement discussions in this case. As it appears at this time that settlement is unlikely, Plaintiff's Motion for Referral to Mediation is **DENIED**.

**SO ORDERED**, this 28th day of August, 2009.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

Miller Exhibit 1
1:05 CV-153 SDGA Augusta Division
Miller v Donald

AO 72A
(Rev. 8/82)